**VALLEY DRUG COMPANY,
et al., Plaintiffs,**

**Trustees of the Correction Officers Benevolent Association Security Benefits FundRetirees, Corrections Officers Benevolent Association Security Benefits Funds Active, Trustees of the Local 445 Freight Division Welfare Fund, Trustees of the Local 445 Construction Division Welfard Fund, New York City Transit Authority, Bluecross Blue Shield of Florida, Bluecross Blueshield of Minnesota, Bluecross Blueshield of Tennessee, Carefirst,**

Federated Mutual Insurance Company, Health Care Services Corporation, Mutual of Omaha Insurance Company, Plaintiffs–Appellants,

v.

GENEVA PHARMACEUTICALS, Abbott Laboratories, Defendants–Appellees.

No. 05–14054
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 3, 2006.

Jason L. Solotaroff, New York, NY, Emmet J. Bondurant, Bondurant, Mixson & Elmore, Brent Jeffrey Kaplan, Robins, Kaplan, Miller, et al., Atlanta, GA, W. Scott Simmer, Washington, DC, James S. Harrington, Boston, MA, for Plaintiffs–Appellants.

Paul Olszowka, Wayne A. Cross, Robert A. Milne, White & Case LLP, New York, NY, Stuart N. Senator, Jeffrey I. Weinberger, Munger, Tolles & Olson, LLP, Los Angeles, CA, Patricia Ann Conners, Florida Attorney General's Office, Tallahassee, FL, for Defendants–Appellees.

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

In this class action, the district court, pursuant to a settlement agreement that had been negotiated and would be presented to the court for approval, established April 11, 2005, as the deadline for the claims administrator's receipt of opt-out requests. Appellants missed this deadline and moved the court for Fed.R.Civ.P. 6(b) relief—so that they could take their claims elsewhere. The court held a hearing on appellants' motions, considered the parties submissions and arguments, and denied the motions. Appellants appeal the court's rulings.

We review the district court's decision for abuse of discretion. After considering the parties briefs and the relevant portions of the record, we find no such abuse.

AFFIRMED.